Matter of Naas v Wurth (2025 NY Slip Op 00547)

Matter of Naas v Wurth

2025 NY Slip Op 00547

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, GREENWOOD, AND HANNAH, JJ.

727 CAF 23-01052

[*1]IN THE MATTER OF CINDY A. NAAS, PETITIONER-RESPONDENT,
v
GARY P. WURTH, RESPONDENT-APPELLANT. (APPEAL NO. 2.) 

CARA A. WALDMAN, FAIRPORT, FOR RESPONDENT-APPELLANT.
ANDREW J. DIPASQUALE, ROCHESTER, FOR PETITIONER-RESPONDENT.

 Appeal from an order of the Family Court, Monroe County (Kristin F. Splain, R.), entered March 22, 2023, in a proceeding pursuant to Family Court Act article 8. The order granted petitioner an order of protection against respondent. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Naas v Wurth ([appeal No. 1] — AD3d — [Jan. 31, 2025] [4th Dept 2025]).
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court